AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Eastern District of New York

| | |
|---|---|
| Marco Defaz and Ney Araujo, individually | ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) )  Civil Action No.  2:24-cv-00279-ST |
| Westar Construction Group, Inc. and Nicholas Grgas, Thomas Nicholas Grgas and Kristen Grgas, individually | ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See attachment

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   The Law Offices of Jacob Aronauer
250 Broadway Suite 600
New York, NY 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date:  01/16/2024



*Laura Jakubowski*
*Signature of Clerk or Deputy Clerk*

2:24-cv-00279-ST

Westar Construction Group, Inc.
680 Jericho Tpke
Syosset, NY 11791

Nicholas Grgas
680 Jericho Tpke
Syosset, NY 11791

Thomas Nicholas Grgas
680 Jericho Tpke
Syosset, NY 11791

Kristen Grgas
680 Jericho Tpke
Syosset, NY 11791